UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRAKAZREL MICHEL,
                Plaintiff(s)

                24 civ 7403 (JGK)

    -against-

LAURYN NOELLE HILL, et al.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 23, 2025 at 12:00pm is canceled.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 15, 2025