UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

PRAKAZREL MICHEL,

                Plaintiff,        24-cv-7403 (JGK)

     - against -             ORDER

LAURYN NOELLE HILL, ET AL.,

                Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 17, 2025.**

SO ORDERED.

Dated:    New York, New York
          February 3, 2025

                                      John G. Koeltl
                                 United States District Judge