UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAKAZREL MICHEL,
                Plaintiff,        24-cv-7403 (JGK)

- against -                ORDER

LAURYN NOELLE HILL, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

On July 16, 2025, the Court directed the parties to provide a revised scheduling order by July 25, 2025. ECF No. 23. To date, the parties have not submitted a revised scheduling order. The time to file a revised scheduling order is extended to **August 7, 2025.**

SO ORDERED.
Dated:    New York, New York
           August 1, 2025

                                    John G. Koeltl
                              United States District Judge