UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRAKAZREL MICHEL, | Civil Action No. 24-7403 (JGK) |
| Plaintiff, | |
| - against - | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| LAURYN NOELLE HILL and MLH TOURING, INC., a Delaware Corporation, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for plaintiff PRAKAZREL MICHEL and defendants LAURYN NOELLE HILL and MLH TOURING, INC. that, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the above-captioned action be dismissed without prejudice, with each party to bear his, her or its own expenses, costs, and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this Stipulation, electronic or emailed signatures shall have the same force and effect as original signatures.

Dated: March 11, 2026

| MELONI & McCAFFREY LLC | KING, HOLMES, PATERNO & SORIANO LLP |
|---|---|
| By:_____<br>Robert S. Meloni<br>3 Columbus Circle, 15th Floor<br>New York, New York 10019<br><br>*Attorneys for Plaintiff* | By: s/ *Stephen D. Rothschild*<br>Stephen D. Rothschild, Esq. *Pro Hac Vice*<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA 90067-4506<br><br>ROSENBERG, GIGER & PERALA P.C.<br>John J. Rosenberg, Esq.<br>152 West 57th Street, 18th Floor<br>New York, NY 10019<br><br>*Attorneys for Defendants* |